TODARO, Appellant, v. SOMERVILLE RE-
ALTY CO. et al., Respondents. (Supreme
Court, Appellate Division, Second Department.
March 31, 1910.) Action by Filippo Todaro
against the Somerville Realty Company and
others. No opinion. Motion for reargument
denied, but order resettled, so as to provide that
the plaintiff may amend on the payment of $30
costs. Settle order before Mr. Justice CARR on
notice. For original opinion, see 121 N. Y.
Supp. 440.

TOTOIAN v. HARPOOTLIAN et al. (Su-
preme Court, Appellate Term. April 8, 1910.)
Appeal from Municipal Court, Borough of Man-
hattan, Third District. Action by Bedros Toto-
ian against Mihran H. Harpootlian and another.
Judgment for plaintiff, and defendants appeal.
Reversed, and new trial ordered. George S.
Kebabian (James M. Gorman, of counsel), for
appellants. Julius H. Zieser, for respondent.
   PER CURIAM. The record in this case dis-
closes a mass of contradictory testimony. It is
impossible to determine the rights of the par-
ties from an examination of the present record.
We think that justice requires a new trial.
Judgment reversed, and new trial ordered, with
costs to appellant to abide the event.

In re TRAINOR. (Supreme Court, Appel-
late Division, First Department. May 20,
1910.) Appeal from Special Term, New York
County. Application by Hugh F. Trainor for an
order requiring Burton W. Gibson, an attorney,
to pay over moneys received by him belonging
to applicant. From an order appointing a ref-
eree, an appeal was taken. Order modified and
affirmed. Albert A. Wray, for appellant.
Charles Strauss, for respondent.
   PER CURIAM. The order appealed from
should be modified, so as to direct the referee
to take proof of the matters alleged in the an-
swer, as well as the petition, and by directing
the referee to report the evidence taken by him,
and, as so modified, affirmed, with $10 costs
and disbursements against the appellant.

TREACEY, Appellant, v. JOLINE et al.,
Respondents. (Supreme Court, Appellate Divi-
sion, First Department. March 31, 1910.) Ac-
tion by Martin Treacey against Adrian H. Jo-
line and another, as receivers, etc. E. L. Per-
kins, for appellant. B. H. Ames, for respond-
ents. No opinion. Judgment affirmed, with
costs. Order filed.

TREMPER, Respondent, v. NEW YORK
CENT. & H. R. R. CO., Appellant. (Supreme
Court, Appellate Division, Second Department.
March 31, 1910.) Action by Evelyn Tremper,
as administratrix, etc., of Joseph Tremper, de-
ceased, against the New York Central & Hud-
son River Railroad Company.
   PER CURIAM. Judgment and order affirm-
ed, with costs.
   JENKS and THOMAS, JJ., dissent.

TUNNICLIFF v. GORMAN. (Supre[me]
Court, Appellate Division, First Departme[nt]
March 18, 1910.) Action by Nelson H. Tun[ni]
cliff against William J. Gorman, as ancill[a]
administrator. No opinion. Motion deni[ed]
with $10 costs. Order filed.

VAN SCHAICK v. EQUITABLE TRU[ST]
CO. OF NEW YORK. (Supreme Court, A[p]
pellate Division, First Department. March [31,]
1910.) Action by Dunnelle Van Scha[ick]
against the Equitable Trust Company of N[ew]
York. No opinion. Motion dismissed, with[out]
costs. Order filed.

VAN SCHAICK v. EQUITABLE TRU[ST]
CO. OF NEW YORK. PRICE v. SAM[E]
(Supreme Court, Appellate Division, First D[e]
partment. April 8, 1910.) Actions by Dunne[lle]
Van Schaick and by William T. R. Pr[ice]
against the Equitable Trust Company of N[ew]
York. J. Quinn, for appellant. W. H. Ha[m]
ilton, for respondents. No opinion. Ord[ers]
affirmed, with $10 costs and disbursements. [Or]
ders filed. See, also, supra, and 121 N. [Y.]
Supp. 1145.

VAUSE, Appellant, v. SCHMETZER et [al.]
Respondents. (Supreme Court, Appellate [Di]
vision, Second Department. March 31, 191[0.]
Action by Louis N. Vause against Gustav[e]
Schmetzer and others. No opinion. Judgm[ent]
affirmed, with costs.

VILLAGE OF HAVERSTRAW, Respon[d]
ent, v. ECKERSON et al., Appellant. (S[u]
preme Court, Appellate Division, Second D[e]
partment. March 31, 1910.) Action by [the]
Village of Haverstraw against J. Esler Eck[er]
son and others. No opinion. Motion grant[ed]
without costs, on condition that the appeal [be]
perfected and heard at the April term. S[ee,]
also, 118 N. Y. Supp. 337.

VOGEL v. NACHEMSON et al. (Supre[me]
Court, Appellate Division, First Departme[nt]
March 11, 1910.) Action by Bernhard Vo[gel]
against Simon Nachemson and others. [L.]
Kahn, for appellant. L. L. Kahn, for respon[d]
ents. No opinion. Order affirmed, with $[10]
costs and disbursements. Order filed. See, [al]
so, 121 N. Y. Supp. 927.

VOGEL v. NACHEMSON et al. (Supre[me]
Court, Appellate Division, First Departme[nt]
March 31, 1910.) Action by Bernhard Vo[gel]
against Jennie Nachemson, impleaded with ot[h]
ers. No opinion. Motion denied, with $[10]
costs. Order filed. See, also, 121 N. Y. Sup[p.]
927.

VOSKA, FOELSCH & SIDLO, Inc., R[e]
spondent, v. MANCHESTER MARBLE C[O.,]
Appellant. (Supreme Court, Appellate Div[i]
sion, First Department. March 18, 1910.) A[c]
tion by Voska, Foelsch & Sidlo, Incorporate[d]